UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sierra Recycling & Demolition Inc,<br><br>    Plaintiff,<br><br>    v.<br><br>Chartis Speciality Insurance Company f/k/a American International Speciality Lines Insurance Company and Does 1 to 10, Inclusive<br><br>    Defendant. | 1: 11-CV-0500-AWI  MJS<br><br>SCHEDULING ORDER (Fed. R. Civ. P. 16)<br><br>Initial Rule 26 Disclosures: 7/15/2011<br><br>Motions for Summary Judgement:<br>　Opening Briefs: 7/29/2011<br>　Opposing Briefs: 8/19/2011<br>　Reply Briefs: 8/31/2011<br><br>Motion Hearing: 10/17/20 at 1:30 PM<br>　　　　　　　Courtroom 2<br><br>Continued Scheduling Conference:<br>12/1/11 at 9:30 AM  Courtroom 6 (MJS)<br><br>(Joint Scheduling Report to be filed within 30 days of District Judge's ruling on Motion for Summary Judgement) |

**I.    Date of Scheduling Conference**

June 30, 2011.

**II.   Appearances of Counsel**

Terrence T. England appeared on behalf of Plaintiff.

J. Karren Baker appeared on behalf of Defendant.

1


### III. Consent to Magistrate Judge

Pursuant to 28 U.S.C. § 636(c), the parties have not consented to conduct all further proceedings in this case before the Honorable Michael J. Seng, U.S. Magistrate Judge.

### IV. Initial Disclosures

The parties shall exchange Initial Disclosures required by Fed. R. Civ. P. 26(a)(1) by July 15, 2011.

### V. Motion for Summary Judgement Schedule

The Parties agree that the most effective way to proceed in this case is by the filing of cross-motions for summary judgement/summary adjudication on interpretation of the insurance policy at issue and holding other litigation in abeyance until the Court rules on the cross-motions for summary judgment. The Court agrees and orders that opening briefs on such motions shall be filed no later than July 29, 2011, Opposing briefs shall be filed no later than August 19, 2011, and reply briefs shall be filed no later than August 31, 2011. No discovery shall be conducted nor other motions filed prior to the Court's ruling on the cross motions for summary judgment unless both parties agree thereto or the Court authorizes for good cause shown.

The cross motions for summary judgement shall be heard on October 17, 2011 at 1:30 PM in Courtroom 2 before the Honorable Anthony W. Ishii, Chief United States District Court Judge. The parties shall comply with Local Rules 230 and 260. Prior to filing their motions for summary judgment or summary adjudication, the parties are ORDERED to meet, in person or by telephone, and confer to discuss the issues to be raised in the motion. The purpose of meeting shall be to: 1) avoid filing motions for summary judgment where a question of fact exists; 2) determine whether the respondent agrees that the motion has merit in whole or in part; 3) discuss whether issues can be resolved without the necessity of briefing; 4) narrow the issues for review by the court; 5)

1  explore the possibility of settlement before the parties incur the expense of briefing a
2  summary judgment motion; and 6) to arrive at a joint statement of undisputed fa
3  　　　In their notices of motion, theparties  shall certify that they have met and conferred
4  as ordered above or set forth a statement of good cause for their failure to do so.  meet
5  and confer.

### VI.    Further Scheduling Report and  Conference

　　　The parties shall file a further Joint Scheduling Report within 30 days of the District Court's ruling on the cross motions for summary motion/adjudication. A Continued Scheduling Conference is scheduled for  December 1, 2011 at 9:30 AM before Magistrate Judge Michael J. Seng in Courtroom 6 (MJS).

### VII.   Compliance with Federal Procedure

　　　The parties are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any amendments thereto.  The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow the Rules as provided in both the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

### VIII.  Effect of this Order

　　　The foregoing order represents the best estimate of the Court and the parties as to the agenda most suitable to dispose of this case.  If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the Court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

　　　Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which

1  establish good cause for granting the relief requested.
2      Failure to comply with this order may result in the imposition of sanctions, including
3  but not limited to, dismissal of this action.

8  IT IS SO ORDERED.
9  Dated:   July 6, 2011            /s/ *Michael J. Seng*
              UNITED STATES MAGISTRATE JUDGE