IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA RECYCLING & DEMOLITION, INC.,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY f/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY and DOES 1 through 10,<br>　　　　　　Defendants. | 1:11-CV-0500 AWI MJS<br><br>ORDER VACATING OCTOBER 17, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　The parties' cross motions for summary judgment have been set for hearing in this case on October 17, 2011. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 17, 2011, is VACATED, and the parties shall not appear at that time. As of October 17, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　October 14, 2011　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE