IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA RECYCLING & DEMOLITION, INC., ) | Case No.: 1:11-cv-00500 AWI JLT |
| Plaintiff, ) | ORDER AFTER NOTICE OF SETTLEMENT |
| v. ) | (Doc. 35) |
| CHARTIS SPECIALITY INSURANCE COMPANY, et al., ) | |
| Defendants. ) | |

On March 29, 2012, the parties notified the Court that the matter had been settled. (Doc. 35) Pursuant to this Court's Local Rule 160, this Court ORDERS:

1. No later than April 27, 2012, the parties SHALL file a stipulated request for dismissal;

2. All pending dates, motions, conferences and hearings, including the trial date, are **VACATED**;

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 110, 160.

IT IS SO ORDERED.

Dated:   **March 29, 2012**                                    /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE