IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA RECYCLING & DEMOLITION, INC., )<br>)<br>　　　　　Plaintiff,　　　　　　　　　)<br>)<br>　　v.　　　　　　　　　　　　　　　　)<br>)<br>CHARTIS SPECIALITY INSURANCE　　)<br>COMPANY, et al.,　　　　　　　　　　)<br>)<br>　　　　　Defendants.　　　　　　　　)<br>_____) | Case No.: 1:11-cv-00500 AWI JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 35) |

On March 29, 2012, the parties notified the Court that the matter had been settled. (Doc. 35) Pursuant to this Court's Local Rule 160, this Court ORDERS:

1. No later than April 27, 2012, the parties SHALL file a stipulated request for dismissal;

2. All pending dates, motions, conferences and hearings, including the trial date, are **VACATED**;

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 110, 160.

IT IS SO ORDERED.

Dated:  **March 29, 2012**　　　　　　　　　　　　　　　　　／s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE