1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11

SIERRA RECYLING & DEMOLITION, INC.,

                Plaintiff,

      v.

CHARTIS SPECAILTY INSURANCE COMPANY, et al.,

                Defendants.

12

13

14

15

16

17

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:11-cv-00500 AWI JLT

ORDER GRANTING REQUEST FOR EXENSION OF TIME WITHIN WHICH TO FILE DISMISSAL DOCUMENTS

(Doc. 37)

18

19

       On March 29, 2012, the parties notified the Court that the matter had settled.  (Doc. 35)  In

20

turn, the Court ordered that the matter be finalized and the stipulated request for dismissal be filed no

21

later than April 27, 2012.  (Doc. 36)

22

       On April 26, 2012, counsel for Plaintiff filed a declaration reporting that the matter had not yet

23

been completed.  (Doc. 37)  Counsel reports that a dispute had arisen over a material term of the

24

settlement agreement which delayed finalization of the matter.  Id. at 2.  Counsel reports that this

25

dispute has been resolved and the dismissal documents will be filed no later than May 18, 2012. Id.

26

       Therefore, good cause appearing, the Court ORDERS:

27

       1.      The request for additional time within which to file the stipulated request for dismissal

28

       is **GRANTED;**

1

1        2.        The stipulated dismissal SHALL be filed no later than May 18, 2012.

2

3

4   IT IS SO ORDERED.

5        Dated:    **April 27, 2012**                         **/s/ Jennifer L. Thurston**

6                                                            UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28