IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA RECYCLING & DEMOLITION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHARTIS SPECIALITY INSURANCE COMPANY, et al., <br><br> Defendants. | Case No.: 1:11-cv-00500 AWI JLT <br><br> ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO FILE DISMISSAL DOCUMENTS <br><br> (Doc. 39). |

On May 18, 2012, Counsel for Defendant, J. Karren Baker ("Counsel"), filed a declaration regarding the status of the stipulated dismissal and a request to extend the time to file a stipulated dismissal to June 11, 2012. (Doc. 39). The Court previously extended the time for the parties to file the stipulated dismissal from April 27, 2012 to May 18, 2012. (Docs. 36 and 38).

Counsel represents that the parties finalized the terms of the settlement on May 18, 2012, but the final funding will not occur until May 31, 2012. (Doc. 39 at 1). Counsel therefore requests the Court extend the time to file the stipulated dismissal to June 11, 2012.

Therefore, good cause appearing, the Court ORDERS:

1. The request for additional time within which to file the stipulated request for dismissal is GRANTED;

2. The stipulated dismissal SHALL be filed no later than June 11, 2012.

IT IS SO ORDERED.

Dated: **May 22, 2012**                              **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE